Generated: Feb 11, 2025 11:35AM

Page 1/1



# U.S. District Court

## Washington Western - Seattle

Ronald Stephens

Receipt Date: Feb 11, 2025 11:35AM

Rcpt. No: 200006844  Trans. Date: Feb 11, 2025 11:35AM  Cashier ID: #AC (6729)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 201B* | Civil Filing Fee/PLRA-PIF/Non-IFP | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |

**Comments:** Filing fee for 2:25-268-KKE-GJL

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.