**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Attorney
   Civil Process Clerk
   Western District of Washington
   700 Stewart St, Suite 5220
   Seattle, WA 98101-1271

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery  7/11/25
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail    ☐ Priority Mail Express™
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)  7016 034...

PS Form 3811, July 2013    Domestic

---

UNITED STATES POSTAL SERVICE SEATTLE WA 980
11 JUL 2025 PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED ___ LODGED
___ RECEIVED
JUL 15 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

• Sender: Please print your name, address, and ZIP+4® in this box

US District Court
1717 Pacific Ave
Rm 3100
Tacoma, WA 98402

25CU268