UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WAYNE HOLLAUS,

                Plaintiff,

  v.

KEVIN POSALSKI *et al.*,

                Defendants.

CASE NO. 2:25-cv-00268-JHC-GJL

ORDER GRANTING EXTENSION

This *pro se* prisoner civil right action has been referred to United States Magistrate Judge Grady J. Leupold. Before the Court is a Motion for Extension of Time filed on behalf of Defendant Howard Barron by the United States of America, which is an interested party in this litigation.[1] Dkt. 16. At this juncture, Defendant Barron has sought, but not yet obtained, personal representation by the United States Department of Justice. *Id.* As final determination on that matter has not yet been reached, the United States requests an additional 60 days for Defendant Barron to prepare and file his responsive pleading. *Id.*

---

[1] Because the instant Motion seeks relief from an imminent deadline and is supported by good cause, the Court considers the Motion before the noting date and without requiring a response from Plaintiff.

ORDER GRANTING EXTENSION - 1

For good cause shown, the Motion for Extension (Dkt. 16) is **GRANTED**, and the new deadline for Defendant Barron to file his responsive pleading is not later than **November 7, 2025**. This Order does not reflect a change to the responsive pleading deadline for any other Defendant in this action.

The Clerk of Court is **DIRECTED** to send, as a courtesy, an electronic notice of this Order to Assistant United States Attorney Kristen R. Vogel. However, AUSA Vogel is **ADVISED** that no further notices of electronic filings will be sent unless and until the docketing deficiencies identified by the Clerk of Court have been rectified.

Dated this 8th day of September, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING EXTENSION - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER GRANTING EXTENSION - 3