USPS TRACKING #

9590 9402 1679 6053 8767 76

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•



US District Court
1717 Pacific Ave
Rm 3100
Tacoma, WA 98402

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED _____ LODGED
_____ RECEIVED

SEP 10 2025



WASHINGTON AT TACOMA
DEPUTY

25CU268

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Federal Detention Center at SeaTac
   ATTN: Maria Dy, Physician
   2425 S 200th S
   SeaTac, WA 98198

   9590 9402 1679 6053 8767 76

2. Article Number (Transfer from service label)

   7016 0340 0000 2164 3298

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signature)_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   C. Date of Delivery 9.2.20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™