UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WAYNE HOLLAUS,

                Plaintiff,

   v.

KEVIN POSALSKI, *et al.*,

                Defendants.

CASE NO. 2:25-cv-00268-JHC-GJL

ORDER ON MOTION TO STAY

    Before the Court is the Government's Motion to Stay, which seeks to stay this case until after Congress has restored appropriations to the Department of Justice.[1] Dkt. 30 at 1. Based on review of the Motion, and considering the pending deadline of November 7, 2025, to file the answer to Plaintiff's Amended Complaint (*see* Dkt. 27), it is hereby **ORDERED** that the Motion (Dkt. 30) is **DENIED**. The Court will not stay this entire case, but it will, however, **EXTEND**

---

[1] The Court exercises its discretion to decide the Motion before its November 7, 2025, noting date. *See* Fed. R. Civ. P. 1 (directing district courts to administer the rules of procedure "to secure the just, speedy, and inexpensive determination of every action and proceeding"). Further, because the Court finds an extension of time warranted, a response from Plaintiff is not necessary. If Plaintiff wishes to be heard, he may file a motion for reconsideration.

ORDER ON MOTION TO STAY - 1

the November 7, 2025, deadline to file an answer or motion permitted by Rule 12 of the Federal Rules of Civil Procedure to **December 8, 2025.**

If appropriations are not restored within that period or if the Government requires additional time, it may file a motion requesting another extension.

Dated this 30th day of October, 2025.

                                                Grady J. Leupold
                                                United States Magistrate Judge

ORDER ON MOTION TO STAY - 2