UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WAYNE HOLLAUS,

           Plaintiff,

   v.

KEVIN POSALSKI, *et al.*,

           Defendants.

CASE NO. 2:25-cv-00268-JHC-GJL

ORDER ON MOTION FOR EXTENSION OF TIME

This *pro se* prisoner civil right action has been referred to United States Magistrate Judge Grady J. Leupold. Before the Court is a Motion for Extension of Time filed on behalf of Defendants Kevin Posalski and Howard Barron by the United States of America, which is an interested party in this litigation. Dkt. 34. For good cause shown, the Motion (Dkt. 34) is **GRANTED** and the new deadline to file an answer or motion permitted by Rule 12 of the Federal Rules of Civil Procedure is **January 2, 2026**.

The Clerk of Court is **DIRECTED** to send a copy of this Order to the Parties.

Dated this 1st day of December, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER ON MOTION FOR EXTENSION OF TIME - 1