1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WAYNE HOLLAUS,

                Plaintiff,

    v.

KEVIN POSALSKI, *et al.*,

                Defendants.

CASE NO. 2:25-cv-00268-JHC-GJL

ORDER ON MOTION FOR EXTENSION OF TIME

This *pro se* prisoner civil rights action has been referred to United States Magistrate Judge Grady J. Leupold. Before the Court is Plaintiff's Motion for Extension of Time, which seeks a 90-day extension to attempt to serve Defendant Maria Dy. Dkt. 38. In the Motion, Plaintiff requests the extension because Dy has not yet been served, and he would use the additional 90 days to locate Dy and serve her. *Id.* at 2. He has been unable to serve Dy because she could not be located at her last known address. *Id.*

Upon review, the Court **DENIES** the Motion without prejudice. Dkt. 38. However, the Court **ORDERS** the following:

ORDER ON MOTION FOR EXTENSION OF TIME - 1

The court has no jurisdiction over Defendant Dy until she has been properly served under Federal Rule of Civil Procedure 4. *Direct Mail Specialists, Inc. v. Eclat Computerized Techs., Inc.*, 840 F.2d 685, 688 (9th Cir. 1988). Under Rule 4(c)(2), the Court may order that personal service be made by a United States Marshal. However, in this District, the Marshals do not attempt personal service upon a defendant unless mail service is unavailing. *See* Local Rule 4(c).

If Defendants Posalski and Barron are in possession of the last known business or residential address of Defendant Dy, Defendants Posalski and Barron are directed to **SUBMIT** such address(es) to the Court **UNDER SEAL on or before January 23, 2026**, so that the Clerk may again attempt to effect service. This solution alleviates two concerns involving prisoner litigation: (1) the security risks inherent in providing prisoners with addresses of people formerly employed by the state; and (2) reducing the problems prisoners sometimes encounter when they are attempting to access information through the government. *Sellers v. United States*, 902 F.2d 598, 602-603 (7th Cir. 1990). Defendants Posalski and Barron may also satisfy this Order by filing a waiver and by having counsel enter a notice of appearance on her behalf. All service documents with said address(es) shall also be **FILED UNDER SEAL**.

Dated this 14th day of January, 2026.

Grady J. Leupold
United States Magistrate Judge

ORDER ON MOTION FOR EXTENSION OF TIME - 2