The Honorable John H. Chun<br>The Honorable Grady J. Leupold

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAYNE HOLLAUS,<br><br>                  Plaintiff,<br><br>    v.<br><br>KEVIN POSALSKI, *et al.*,<br><br>                  Defendants. | Case No. 2:25-cv-00268-JHC-GJL<br><br>DEFENDANTS POSALSKI AND BARRON'S RESPONSE TO ORDER ON MOTION FOR EXTENSION OF TIME (DKT. 39) |

In the Court's Order on Motion for Extension of Time (Dkt. 39), the Court directed Defendants Posalski and Barron to submit any last known business or residential address of Defendant Dy, under seal, so that the Clerk may attempt to effect service on Defendant Dy.

Because Hollaus sues Posalski and Barron for alleged violations of his constitutional rights, the claims are asserted against them in their individual capacities and not the Federal Bureau of Prisons (BOP). In their individual capacities, Defendants Posalski and Barron do not know the requested information. For efficiency's sake, however, undersigned counsel notes that BOP repeatedly attempted to notify Dy of this lawsuit by letter and telephone five months ago but have never been able to contact her. *See* Dkt. 19 at pg. 2.

DEFENDANTS POSALSKI AND BARRON'S RESPONSE TO
ORDER ON MOTION FOR EXTENSION OF TIME (DKT. 39)
[Case No. 2:25-cv-00268-JHC-GJL] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1     DATED this 23rd day of January, 2026.

2

3                                                   Respectfully submitted,

4                                                   CHARLES NEIL FLOYD
United States Attorney

5                                                   *s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664

6                                                   Assistant United States Attorney
United States Attorney's Office

7                                                   700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

8                                                   Phone: 206-553-7970
Fax: 206-553-4067

9                                                   Email:  kristen.vogel@usdoj.gov

10                                                *Attorneys for Posalski and Barron*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DEFENDANTS POSALSKI AND BARRON'S RESPONSE TO
ORDER ON MOTION FOR EXTENSION OF TIME (DKT. 39)
[Case No. 2:25-cv-00268-JHC-GJL] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers.

I further certify on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF participant(s):

- 0 -

I further certify on this date, I arranged for service of the foregoing on the following non-CM/ECF participant(s), via Certified Mail with return receipt, postage prepaid, addressed as follows:

    Wayne Steven Hollaus, #47120-510
    FCI Lompoc II
    Federal Correctional Institution
    3901 Klein Blvd
    Lompoc, CA 98436

DATED this 23rd day of January, 2026.

    *s/ Hung Nguyen*
    HUNG NGUYEN, Paralegal Specialist
    United States Attorney's Office
    Western District of Washington
    700 Stewart Street, Suite 5220
    Seattle, WA  98101
    Phone: (206) 553-7970
    Fax:    (206) 553-4073
    Email:  hung.nguyen@usdoj.gov

DEFENDANTS POSALSKI AND BARRON'S RESPONSE TO ORDER ON MOTION FOR EXTENSION OF TIME (DKT. 39) [Case No. 2:25-cv-00268-JHC-GJL] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970