UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WAYNE HOLLAUS,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>KEVIN POSALSKI, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. 2:25-cv-00268-JHC-GJL<br><br>ORDER GRANTING EXTENSION OF TIME |

This *pro se* prisoner civil rights action has been referred to United States Magistrate Judge Grady J. Leupold. Before the Court is Plaintiff Wayne Hollaus' Motion for an extension of time to respond to the Motion to Dismiss (Dkt. 36) filed by Defendants Kevin Posalski and Howard Barron. Dkt. 40. For good cause shown, the Motion for an extension (Dkt. 40) is **GRANTED**.[1] Plaintiff shall file a response to the Motion to Dismiss (Dkt. 36) on or before **March 23, 2026**. The Clerk of Court shall **RE-NOTE** the Motion to Dismiss (Dkt. 36) for consideration on **March 30, 2026**.

---

[1] The Court exercises its discretion to decide the Motion before its February 4, 2026, noting date. *See* Fed. R. Civ. P. 1 (directing district courts to administer the rules of procedure "to secure the just, speedy, and inexpensive determination of every action and proceeding").

ORDER GRANTING EXTENSION OF TIME - 1

The Clerk of Court is **DIRECTED** to send a copy of this Order to the Parties.

Dated this 27th day of January, 2026.

Grady J. Leupold
United States Magistrate Judge