Wayne Hollaus
Reg. No. 47120-510
Federal Correctional Institution
Lompoc II
3901 Klein Blvd.
Lompoc, CA 93436





FEB 09 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                       DEPUTY

Re:   Wayne Hollaus v. Kevin Posalski, et al.
      Case No. 2:25-cv-00268-JHC-GJL, USDC, W.D. Wash.

To the clerk of the United States Attorney's Office, and/or Ms. Vogel. This letter initiates conferral under FRCP 26(f) and the Court's Order dated October 28, 2025, Dkt. 13, in Case No. 2:25-cv-00267-JHC.

Due to my incarceration, setting up a call is sometimes challenging due to requisite coordination with case managers. It is thus my intention to state my preferred terms as such in this letter pre-emptively so that the call, if it is necessary, can be routine. On any formal conference call, I will assert the below terms. It can be your assumption that any immediate dispute seen below will appear in the Joint Report as a dispute.

Also, as has been demonstrated previously in the record, the mail system is at times extremely slow at FCI II Lompoc. With that as an understanding, and with the above, please coordinate a call with my case manager as soon as possible and/or write me back as soon as possible with a suggested Joint Status Report draft or with suggestions on how to proceed in that manner. I believe that moving directly to a brief call and Joint Status Report draft, in the interest of time, would be best practice. For a call, I have an open schedule. Please schedule as soon as possible.

It is also my intention to file a separate motion requesting stay in

this case to allow for the related case, 2:25-cv-00268 a Bivens claim concerning the same underlying conduct to proceed to judgment first, avoiding complications with the FTCA's judgment bar; an assertion that is also referenced in the enclosed document in regards to Local Civil Rule 26(f)(1)(C), "related cases." I am open to joint discovery and coordination but not consolidation with this related case. This is a common request so I would hope that it is not contested.

Enclosed are my proposed views and positions for the Joint Status Report and Discovery Plan. These reflect reasonable accommodations for my pro se and incarcerated status and would form the basis of my responses in any conference.

Lastly, to facilitate efficient collaboration given my incarcerated status and previous issues with mail delay, I respectfully inquire whether it would be permissible for your office to send any draft versions of the Joint status Report directly to my designated third-party assistant, Mr. Jeffrey Stephens(at jeffreycstephens@gmail.com, 12020 5th Ave. NE, Seattle, WA 98125), and/or to my son Ryan Hollaus (at rjdhollaus@gmail.com, #4, 27295 30th Avenue, Aldergrove, BC V4W 3J6, Canada), solely for the purpose of enabling clerical support in my review and response process, and to promote efficiency. If this arrangement is not allowed under applicable rules or your office's policies, please advise, and I will only expect mail from your office to be addressed to myself at my facility.

Dated: 01-27-26

Respectfully submitted,

Wayne Hollaus
Reg. No. 47120-510
Federal Correctional Complex
Lompoc II
3901 Klein Blvd.
Lompoc, CA 93436
Plaintiff, Pro se

2

Wayne Hollaus
Reg. No. 47120-510
Federal Correctional Institution
Lompoc II
3901 Klein Blvd.
Lompoc, CA 93436




9589 0710 5270 3174 3002 25

L E G A L  M A I L

⇔47120-510⇔
Clerk Us District Court
Clerk's Office
700 Stewart ST
Suite 2310
Seattle, WA 98101
United States

L E G A L  M A I L