Wayne Hollaus
Reg. No. 47120-510
Federal Correctional Institution
Lompoc II
3901 Klein Blvd.
Lompoc, CA 93436

Plaintiff, Pro se

```
        FILED
        LODGED      MAIL
        RECEIVED

        FEB 09 2026

           AT SEATTLE
      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

    RE:  Wayne Hollaus v. Kevin Posalski, et al.
         Case No. 2:25-cv-00268-JHC-GJL, USDC, W.D. Wash.

### PLAINTIFF'S PROPOSED POSITIONS FOR THE
### JOINT STATUS REPORT AND DISCOVERY PLAN

1.  Nature and Complexity:

    The case involves FTCA medical negligence claims from inadequate
prison care, including ignored sleep apnea, medication lapses, and
physical injuries. Complexity is moderate due to medical evidence,
expert needs, and Plaintiff's pro se/ incarcerated status limiting
access.

2.  Joinder of Parties:

    No additional parties proposed; deadline of 90 days post-report
suffices.

3.  Magistrate Consent:

    No consent to full magistrate assignment at this stage, given
Plaintiff's pro se needs for district judge oversight.

4.  FRCP 26(f)(3) Discovery Plan

(A) Initial Disclosures: Timing/ completeness.
Witness list: Nurse Durano, CO Ashley Martin, Nurse Satalino, Counselor
Jeffrey Smith, Inmate Thomas Carver, Inmate Jeffrey Stephens.

Plaintiff proposes providing descriptions of relevant medical records

in possession or control, categorized as follows: (1) All FDC Sea Tac
Health Services logs and treatment notes from duration of Plaintiff's
confinement; (2) medication administration records from duration of my
confinement; (3) all copouts (kites) filed by myself and responses
from FDC Sea Tac staff; and (4) all emails and internal correspondence
relating to Plaintiff sent or received by FDC Sea Tac staff. These
materials are either located in my custody at FCI Lompoc II, or with
third party individuals, or obtainable from Bureau of Prisons records
from FDC Sea Tac.

Plaintiff estimates compensatory damages at $5,000,000, encompassing
both economic and non-economic losses stemming from the alleged
medical negligence. Economic components project substantial future
medical expenses, including extended physical therapy for persistent
musculoskeletal issues from the untreated injury (estimated to by
around $140,000-$420,000 over 2-3 years), cardiac and pulmonary
rehabilitation for complications arising from untreated severe sleep
apnea (up to $1,000,000 lifetime, accounting for potential oxygen
dependency and surgical interventions), and therapy for hypertension-
related organ damage from medication lapses (potentially $1,000,000-
$2,000,000, incorporating procedures like catheterization and dialysis
if kidney or heart failure develops). Non-economic damages, valued at
around $1,000,000-$2,800,000, reflect prolonged pain, suffering,
emotional distress, and diminished quality of life over the eight-
month CPAP denial and period of eitht weeks before transfer without
care following physical injury. This estimates is grounded in the facts
of the case.

(B)   Subjects/ Timing/ Phasing:

Subjects: Liability evidence (records, depositions) phased first, then damages. Full discovery post-dismissal motions.

(C)  ESI:

Preserve electronic medical records/emails; produce in PDF. Note my limited personal ESI due to incarceration request paper copies for access.

(D)  Privilege Issues:  Waiver Protection.

Propose clawback agreement per FRCP 26(b)(5)(B): Inadvertent disclosures non-waiving; notify promptly for return.

(E)  Limitations: Depositions/ Interrogatories.

Limit to 10 depositions and 15 interrogatories per party; adjustable if counsel appointed or contingency-engaged post-dismissal.

(F)  Orders: Protective for medical privacy.

Request protective order for sensitive health records under FRCP 26(c).

5.  LCR26(f)(1)

(A) Prompt Resolution:

The case is anticipated to be ready for trial with 24 months from the Joint Status Report filing, assuming no stay is imposed, to accommodate Plaintiff's pro se status, current incarceration, potential facility transfers, or extradition to Canada, which may restrict access to legal resources, communication, and preparation. If a stay is granted pending resolution of the related Bivens action (Case No. 2:25-cv-00268-JHC-GJL), the timeline may extend further to account for these incarceration-specific difficulties and ensure thorough case development.

(B)  ADR:

3

Open to early mediation discussion, under LCR 39.1, at any time.

(C)   Related Cases:

Related Bivens case (2:25-cv-00268-JHC-GJL) pending; propose joint discovery/ coordination but no consolidation; stay this FTCA pending Bivens to avoid judgment bar.

(D)   Discovery Management:

Stagger to accommodate mail delays and potential extradition.

(E)   Anticipated Discovery:

Plaintiff seeks prison medical files, copout records, staff statements; expected that defendant seeks Plaintiff's prior health history.

(F)   Phasing Motions:

Dismissal motions first under FRCP 12; full discovery next; summary judgment post-discovery close.

(G)   Preservation: Confirmed.

All parties preserve since claim notice.

(H)   Privilege Issues:

Adopt FRCP 26(b)(5)(A) for privilege logs: timely, descriptive without content disclosure.

(I)   ESI Protocol:

Adopt Western District Model with proportionality adjustments for Plaintiff's incarceration.

(J)   Alternatives:

No alternatives proposed.

6.  Discovery Completion:

12 months post-report.


7.  Bifurcation:

Yes, liability before damage given strong liability dispute.


8.  Pretrial Statements:

Retain under LCR 16 for medical complexity.


9.  Trial Program/ ADR:

Interest in LCR 39.1 mediation; no LCR 39.2.


10.  Simplification:

Remote proceedings due to incarceration.


11.  Trial Readiness:

24 months in absence of a stay, accounting for pro se status, incarceration, transfers, or Canadian extradition delays. Should a stay be granted, the timeline should be extended accordingly.


12.  Jury/ Non-Jury:

Non-Jury, as it is an FTCA claim.


13.  Trial Days:

3-5 days.


14.  Counsel Info:

Pro se: Wayne Hollaus; Reg. No. 47120-510; Federal Correctional Complex; Lompoc II; 3901 Klein Blvd,; Lompoc, CA 93436.


15.  Complications:

Prison schedules; extradition unknown.

16.   Service:

N/A all served.


17.   FRCP 16 Conference:

Request telephonic if needed.


18.   Disclosures:

N/A no corporations.


Dated: _01 - 27 - 26__                    Respectfully submitted,



                                          _____
                                          Wayne Hollaus
                                          Reg. No. 47120-510
                                          Federal Correctional Complex
                                          Lompoc II
                                          3901 Klein Blvd.
                                          Lompoc, CA 93436

                                          Plaintiff, Pro se

Wayne Hollaus
Reg. No. 47120-510
Federal Correctional Institution
Lompoc II
3901 Klein Blvd.
Lompoc, CA 93436

Plaintiff, Pro se


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing
Plaintiff's Proposed Positions For The Joint Status Report and
Discovery Plan in Case Number 2:25-cv-00268-JHC-GJL, USDC, W.D.
Wash., was mailed U.S. Postage Prepaid, Certified Mail Number _9589_
_0710 5270 3174 3002 32_ using the prison mailing system at FCI Lompoc
II, and under mail box rule of Houston v. Lack, 487 U.S. 266(1988)
and under penalty of perjury pursuant to 28 U.S.C. 1746, this _27th_
day of _JANUARY_, 2026, to; United States District Court;
Clerk's Office; 700 Stewart Street; Suite 2310; Seattle, WA 98101,
and to; U.S. Attorney's Office; AUSA-Kristen R. Vogel; 700 Stewart
Street; Suite 5220; Seattle, WA 98101.



_____
Wayne Hollaus

Plaintiff, Pro se




U S DISTRICT COURT: 9589 0710 5270 3174 3002 25
       USPS #:

7



CERTIFIED MAIL

9589 0710 5270 3174 3002 25

Wayne Hollaus
Reg. No. 47120-510
Federal Correctional Institution
Lompoc II
3901 Klein Blvd.
Lompoc, CA 93436

L E G A L   M A I L

◇47120-510◇
Clerk Us District Court
Clerk's Office
700 Stewart ST
Suite 2310
Seattle, WA 98101
United States

L E G A L   M A I L