_____FILED    _____ENTERED
_____LODGED  _____RECEIVED

MAR 19 2026    RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA


WAYNE HOLLAUS,

      Plaintiff,

    v.


KEVIN POSALSKI, et al.,


      Defendants.

CASE NO. 2:25-cv-00268-JHC-GJL

PLAINTIFF'S MOTION FOR A 45-DAY EXTENSION OF TIME TO RESPOND TO DEFENDANTS POSALSKI AND BARRON'S MOPTION TO DISMISS

Noted for Consideration: April 9, 2026


Plaintiff Wayne Hollaus, proceeding pro se, respectfully moves for a 45-day extension of time to file his response to Defendants Posalski and Barron's Motion to Dismiss (Dkt. 36). This motion is supported by the following memorandum.


I. BACKGROUND

1. On March 13, 2026, this Court issued an Order Granting in Part Plaintiff's Motion for Extension of Time to Serve Defendant Dy (Dkt. 46). In that Order, the Court explicitly stated that "if Plaintiff needs additional time to file his response to Defendants Posalski and Barron's Motion to Dismiss (Dkt. 36) while attempting to effect service on Defendant Dy, he MAY file a separate motion requesting an extension on that basis." (Dkt. 46 at 5.)

1

2.    Plaintiff's response to the Motion to Dismiss is currently due March 23, 2026.

II. GOOD CAUSE FOR EXTENSION

3.    Good cause exists for a modest 45-day extension. Recent developments concerning service on Defendant Dy have required additional coordination and attention from Plaintiff and his third-party clerical assistant. Plaintiff has continued to prepare his response diligently and remains committed to filing it promptly. A 45-day extension will allow him to fully address the issues raised in the Motion to Dismiss while monitoring the new service attempt on Defendant Dy.

4.    Defendants will suffer no prejudice from this short extension, as the case remains in its early stages and no trial date has been set. Plaintiff, as an incarcerated pro se litigant, faces inherent limitations in accessing legal resources and coordinating with support networks, factors this Court has previously recognized when granting extensions in this matter.

III. REQUEST FOR RELIEF

5.    For the foregoing reasons, Plaintiff respectfully requests that the Court grant a 45-day extension of time, making his response to the Motion to Dismiss due on or before May 7, 2026 (or such other date as the Court deems appropriate).

6.    In the event the Court denies this request, Plaintiff will file his response as promptly as possible after any denial and respectfully requests that the Court grant any brief additional grace period necessary to complete filing.

2

Dated this 19th day of March, 2026.


Sincerely and respectfully,

Wayne Hollaus
#47120-510
Federal Correctional Complex
Lompoc II
3901-Klein Blvd
Plaintiff, Pro Se

(signed via authorized third-party clerical assistant Jeffrey
Stephens - See Exhibit 1 and 2)

3

Exhibit 1

TRULINCS 47120510 - HOLLAUS, WAYNE STEVEN - Unit: LOM-M-A

--------------------------------------------------------------------------------

FROM: 47120510
TO:
SUBJECT: Declaration
DATE: 12/28/2025 06:54:38 PM

Case No. 2:25-cv-00268-JHC-GJL

FILED
LODGED  **MAIL**
RECEIVED

JAN 05 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

DECLARATION:

I, Wayne Hollaus, declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that I authorize, and have prior to authorized, Mr. Jeffrey Stephens to provide clerical services, without providing legal advice or representation, including typing dictated content and signing and filing submissions on my behalf and as instructed by me, generally, and including the following; I direct Mr. Stephens to submit the pending MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT DY, presumably to be filed Document #36, Case No. 2:25-cv-00268-JHC-GJL, and directing him to do so in the interests of efficiency and compliance.

Signed this 29 day of December 20 25

Wayne Hollaus #47120-510
Federal Correctional Institution, Lompoc II
3901- KLEIN BLVD.
LOMPOC, CA 93436

Exhibit 2
TRULINCS 47120510 - HOLLAUS, WAYNE STEVEN - Unit: LOM-M-A

------------------------------------------------------------------------------------------------------------

FROM: 47120510
TO: Stephens, Jeff
SUBJECT: Authorization
DATE: 05/23/2025 03:08:35 PM

### AUTHORIZATION FOR REPRESENTATION

I, Wayne Hollaus, pursuant to 28 U.S.C. Section 1746, declare under penalty of perjury that I am unable

to sign the attached motion promptly due to difficulties with the mailing system at Lompoc FCI II but I

authorize Jeffrey Stephens to submit these documents for me on my behalf to the U.S. District Court for

the Western District of Washington.

I hereby also Authorize Jeffrey Stephens to submit documents on my behalf, and sign documents on my

behalf as my representative when expedient or necessary, from this day forth to the U.S. District Court for

the Western District of Washington for my Civil cases, CASE NO. 2:25-cv-00268-KKE-GJL, and

2:25-cv-00267-JHC.

Signed on this 30th day of May, 2025

Wayne Hollaus
#47120-510
FCI Lompoc, FCI II
3901- Klein BLVD
Lompoc, CA 93436