UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WAYNE HOLLAUS,

               Plaintiff,

    v.

KEVIN POSALSKI, *et al.*,

               Defendants.

CASE NO. 2:25-cv-00268-JHC-GJL

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

Having reviewed de novo the Report and Recommendation ("R&R") of the Honorable

Grady J. Leupold, United States Magistrate Judge (Dkt. # 57), and the remaining record, the

Court finds and ORDERS:

    (1)    There is no filed objection to the R&R.  The Court agrees with and thus ADOPTS the R&R.

    (2)    Plaintiff's Motion to Stay (Dkt. 56) is GRANTED. This matter is STAYED pending the United States Supreme Court decision in *Nielsen v. Watanabe,* No. 25-417, 2026 WL 1780123, at *1 (U.S. June 22, 2026).

    (3)    Defendants' Motion to Dismiss (Dkt. 36) is DENIED without prejudice with the right to refile once the stay in this case is lifted.

    (4)    The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Hon. Grady J. Leupold.

//
//
//
//

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

**DATED** this 6th day of August, 2026.

JOHN H. CHUN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2